In the Matter of the Judicial Settlement of the Account of FRANK CHAPMAN, as Executor of RICHARD A. CHAPMAN, Deceased.

FRANK CHAPMAN, as Executor, et al., Appellants.

SOPHIA S. WILDMAN, Individually and as Executrix, and JOHN W. BENTON, as Executor of RICHARD A. CHAPMAN, Deceased, Respondents.

*Matter of Chapman,* 59 App. Div. 624, affirmed.
(Argued June 4, 1901; decided June 18, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, made March

5, 1901, affirming a decree of the St. Lawrence County Surrogate's Court settling the account of Frank Chapman, as executor of Richard A. Chapman, deceased.

*Louis Hasbrouck* for appellants.

*Francis E. Baldwin* and *George E. Van Kennen* for respondents.

Order affirmed, with costs, payable out of the principal of the estate ; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT. VANN, LANDON, CULLEN and WERNER, JJ.